# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

158633

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BEATRICE ALGHALI and HAMID ALGHALI,
      Plaintiffs,

and

PAIN MANAGEMENT & EMG,
      Intervening Plaintiff,

v

HANOVER INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendants/Third-Party Plaintiffs/
      Cross-Defendants-Appellants,

and

ACE AMERICAN INSURANCE COMPANY,
      Defendant/Third-Party Defendant/
      Cross-Plaintiff-Appellee,

and

SCOTT DAVID WOODS,
      Defendant.
_____/

SC: 158633
COA: 343359
Wayne CC: 16-004334-NI

On order of the Court, the application for leave to appeal the September 20, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk

a0529